[No. 2617–3.   Division Three.   August 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE
NATHAN HILL, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 3670, Fred R. Staples, J., entered
October 28, 1977. *Dismissed* and *Affirmed* by unpublished
opinion per Munson, J., concurred in by Green, C.J., and
Roe, J.

[No. 2778–3.   Division Three.   September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK
N. DESCOTEAUX, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 25946, William J. Grant, J., entered
January 23, 1978. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 5662–1.   Division One.   September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY JOE
COOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80014, Jerome M. Johnson, J., entered May 4,
1977. *Dismissed* by unpublished opinion per Ringold, J.,
concurred in by Farris and James, JJ.

[No. 6222–1.   Division One.   September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
WILLIAM KIRK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83055, William C. Goodloe, J., entered January
10, 1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Farris and Williams, JJ.